JS-6

**JOHN K. PARK, ESQ. (SBN 175212)**
3255 Wilshire Blvd., Suite 1110
Los Angeles, California 90010
Telephone: (213) 389-3777
Facsimile: (213) 389-3377
park@parklaw.com

Attorneys for Plaintiff,
BEOM SIK KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SIK KIM,<br><br>Plaintiff<br><br>v.<br><br>CORNERSTONE APPAREL, INC., a California Corporation, /d/b/a/ PAPAYA; TOSKA, Inc., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants<br>_____<br><br>CORNERSTONE APPAREL, INC., a California corporation,<br>Cross-Claimant,<br><br>vs.<br><br>TOSKA, INC., a California Corporation; and ROES 1 through 10, inclusive,<br>Cross-Defendants. | CASE NO.:  2:15-cv-07559-CAS-RAO<br>The Honorable Christina A. Snyder<br><br>**[ PROPOSED ] ORDER ON THE PARTIES' STIPULATION TO DISMISS THE ENTIRE ACTION**<br><br>Honorable Judge: Percy Anderson<br><br><br>Complaint Filed: September 25, 2015<br>Trial Date: Not Set |

**ORDER**:

After review of the parties' *Stipulation to Dismiss the Entire Action*, and finding good cause therein:

THE FOLLOWING IS HEREBY ORDERED:

1. That the entire action be dismissed with prejudice;

2. That each Party will bear his or its own respective costs and attorneys' fees.

SO ORDERED

DATED: June 21, 2016

By: *Christina A. Snyder*
Hon. Christina A. Snyder